FILED
NOV 10 2014
CLERK'S OFFICE
U.S. DISTRICT OFFICE
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

Plantiff

V

CRIMINAL NO. 2:07-CR20438

LIFE FOR RELIEF AND DEVELOPMENT

Defendant

---

**MOTION TO DISMISS**

---

The United States of America moves this Court for leave to dismiss the Indictment against defendant LIFE FOR RELIEF AND DEVELOPMENT ("Life"), without prejudice, for the reason that the ends of justice would best be served by this dismissal.

Respectfully submitted,

Michael J. Mullaney
Acting United States Attorney

M. Taxay (km)

Michael Taxay
National Security Division
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

Dated: November 6, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

Criminal No. 2:07-CR-20438

v.

LIFE FOR RELIEF AND DEVELOPMENT ("Life"),

Defendant.

FILED

NOV 10 2014

CLERK'S OFFICE
U.S. DISTRICT OFFICE
EASTERN MICHIGAN

# ORDER OF DISMISSAL

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered Indictment against LIFE FOR RELIEF AND DEVELOPMENT ("Life"). Accordingly, IT IS HEREBY ORDERED that the Indictment against that defendant be dismissed, without prejudice, and that defendant's appearance bond, if any, be canceled.

United States District Judge

Entered: 6 Nov 14